United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT M. HALL, RAY DELL'ORFANO AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>   v.<br><br>IKON OFFICE SOLUTIONS, INC.,<br><br>            Defendant.<br>_____/ | No. C 05-01036 WHA<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon stipulation filed June 14, 2005, the case management conference presently set for June 16, 2005, will be **CONTINUED** to **JUNE 23, 2005, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 14, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE