IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT M. HALL, RAY DELL'ORFANO AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>  v.<br><br>IKON OFFICE SOLUTIONS, INC.,<br><br>    Defendant.<br>_____/ | No. C 05-01036 WHA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    The case management conference, presently set for June 23, 2005, is **CONTINUED** to **JULY 7, 2005**, at **11:00 A.M.**  Please note that no further continuances will be considered.

    **IT IS SO ORDERED.**

Dated: June 21, 2005.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE